UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

Plaintiff,

v.

UNITED STATES TREASURY SECRETARY, *et al.*,

Defendants.

CASE NO. 2:26-cv-03081-RAJ-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed the Report and Recommendation ("R&R") of the Honorable Grady J. Leupold, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the R&R.

(2) Plaintiff's proposed Complaint (Dkt. 1-2) is DISMISSED without prejudice, the proposed IFP Application (Dkts. 1, 1-1) is DENIED, and this case is CLOSED.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

**DATED** this 16th day of November, 2026.



The Honorable Richard A. Jones
United States District Judge